In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C.C., Respondent. R. THOMAS RANKIN, ESQ., Attorney for the Child, Appellant.

Submitted April 11, 2016; decided April 28, 2016

Motion by the Association of the Bar of the City of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge FAHEY taking no part.

ELLEN CAPERS, Plaintiff, v PARKSHORE HEALTHCARE, LLC, et al., Respondents. LOLA CAPERS, Nonparty Appellant.

Decided April 28, 2016

Appeal, insofar as taken from the March 2010 Supreme Court order, transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Appeal, insofar as taken from the October 2014 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that appellant is not a party aggrieved (see CPLR 5511).

In the Matter of ESTRELLITA A., Respondent, v JENNIFER L.D., Appellant.

Submitted April 11, 2016; decided April 28, 2016

Motion by the Association of the Bar of the City of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge FAHEY taking no part.